BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, <br><br>Plaintiff, <br><br>vs. <br><br>ANNA LUFTI, Individually, ANTON LUFTI, Individually, AMIN LUFTI, Individually, and CLARA LUFTI, Individually, doing business as Church's Chicken, <br><br>Defendants. | CASE NO. 2:17-cv-01377-APG-GWF <br><br>**STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT ENTERED AGAINST DEFENDANTS** |

Defendants ANNA LUFTI, ANTON LUFTI, AMIN LUFTI and CLARA LUFTI, ("Defendants"), individually and doing business as Church's Chicken, by and through their counsel of record, Bruce C. Young, Esq. and Scott H. Barbag, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP; and Plaintiff JOHN MEGGS, by and through his counsel of record, John P. Fuller, Esq. of FULLER, FULLER & ASSOCIATES, P.A. (admitted *pro hac vice*) and Robert P. Spretnak, Esq., of LAW OFFICES OF ROBER P. SPRETNAK, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

4819-2296-1501.1

IT IS HEREBY STIPULATED AND AGREED that the Clerk's Default entered against Defendants on October 25, 2017 be set aside, and that Defendants shall be permitted to file an answer to Plaintiff's Amended Complaint within twenty (20) days after entry of the Court's Order granting this Stipulation and Order to Set Aside Default.

DATED: February 14, 2018.

LAW OFFICES OF ROBERT P. SPRETNAK

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
Attorneys for Plaintiff
JOHN MEGGS

DATED: February 14, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

BRUCE C. YOUNG, ESQ.
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

4819-2296-1501.1

2