BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | CASE NO. 2:17-cv-01377-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND OTHER DEADLINES** |
| ANNA LUFTI, Individually, ANTON LUFTI, Individually, AMIN LUFTI, Individually, and CLARA LUFTI, Individually, doing business as Church's Chicken, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR 26-4, the parties hereby stipulate and request this Court to amend the Scheduling Order by extending existing deadlines. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff filed his Amended Complaint on August 2, 2017.

2. On March 6, 2018, Defendants filed their Answer to Plaintiff's Amended Complaint.

3. On April 20, 2018, the parties prepared and filed their Proposed Discovery Plan and Scheduling Order. The current discovery cut-off date is September 3, 2018.

4. The parties exchanged initial disclosures pursuant to Rule 26(a)(1) on February 22, 2018 and April 27, 2018.

5. Plaintiff propounded written discovery requests on May 3, 2018. Defendants are in the process of preparing responding to those requests and has requested additional time.

4829-7750-1031.2

6. The parties are attempting to engage in settlement discussions to avoid unnecessary further costs of litigation.

## DISCOVERY REMAINING

If the parties are unable to arrive at an appropriate resolution of this matter on their own, written discovery, site inspections and possibly depositions will go forward as follows:

Defendant's responses to Plaintiff's outstanding written discovery requests will be due on or before <u>June 22, 2018</u>.

The Rule 34 site inspection currently set for June 25th will be go forward on <u>July 16, 2018</u>.

The parties reserve the right to conduct depositions and any additional necessary discovery through the extended discovery deadline.  This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to attempt to resolve this matter and, if that cannot be accomplished, to finish conducting all necessary and appropriate discovery within the extended discovery period.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are currently in ongoing negotiations to attempt to resolve this matter and believe the additional time request will allow for further good faith effort to settle the claims.  The additional requested time will allow Plaintiff and Defendants to review discovery responses and prepare for either depositions or settlement if settlement negotiations are unsuccessful.

## SHOWING OF GOOD CAUSE

Pursuant to LR 26-4,

> A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

This request is timely as the discovery cut-off is currently set for September 3, 2018.  In light of these circumstances, the parties require additional time to complete discovery.  The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

4829-7750-1031.2                                         2

| Scheduled Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Witness Disclosure | July 5, 2018 | August 5, 2018 |
| Joint Interim Status Report | July 5, 2018 | August 5, 2018 |
| Discovery Cut-off | September 3, 2018 | October 5, 2018 |
| Dispositive Motion | October 3, 2018 | November 7, 2018 |
| Pretrial Order | November 2, 2018 | December 3, 2018 |

APPROVED AS TO FORM AND CONTENT.

DATED this 11th day of June, 2018.        DATED this 11th day of June, 2018.

LEWIS BRISBOIS BISGAARD                   FULLER, FULLER & ASSOCIATES,
& SMITH LLP                                P.A.

/s/ John P. Fuller

BRUCE C. YOUNG, ESQ.                      JOHN P. FULLER, ESQ.
6385 S. Rainbow Boulevard, Suite 600      12000 Biscayne Boulevard, Suite 502
Las Vegas, Nevada 89118                   North Miami, Florida 33181
Tel. 702.893.3383                         Tel: (305) 891-5199
                                          (admitted pro hac vice)
Attorneys for Defendant                   Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

*George Foley Jr*
UNITED STATES MAGISTRATE JUDGE

DATED: 6/12/2018