BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> ANNA LUFTI, Individually, ANTON LUFTI, Individually, AMIN LUFTI, Individually, and CLARA LUFTI, Individually, doing business as Church's Chicken, <br><br> Defendants. | CASE NO. 2:17-cv-01377-APG-GWF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff John Meggs and Defendants Anna Lufti, Anton Lufti, Amin Lufti and Clara Lufti, by and through their respective attorneys of record, having agreed to resolve this matter by way of settlement, hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1). The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

/ / /

/ / /

/ / /

/ / /

4842-0678-4367.1

Except as may otherwise be provided for in the settlement agreement between the parties, each party shall bear their own costs and attorneys' fees.

DATED this 3rd day of August, 2018.

LEWIS BRISBOIS BISGAARD
& SMITH LLP

*/s/ Bruce C. Young*
BRUCE C. YOUNG, ESQ.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Defendant

DATED this 3rd day of August, 2018.

FULLER, FULLER & ASSOCIATES, P.A.

*/s/ John P. Fuller*
JOHN P. FULLER, ESQ.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Tel: (305) 891-5199
(admitted pro hac vice)

Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE
Dated: August 6, 2018.